**STATE v. ROBBINS**

[327 N.C. 628 (1990)]

STATE OF NORTH CAROLINA v. JOHNNY LEE ROBBINS

329A90

(Filed 5 December 1990)

APPEAL by the defendant pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 99 N.C. App. 75, 392 S.E.2d 449 (1990), finding no error in the judgment entered 22 January 1987, by *Griffin (William C.), J.,* in Superior Court, NEW HANOVER County. Heard in the Supreme Court 14 November 1990.

*Lacy H. Thornburg, Attorney General, by L. Darlene Graham, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, for the defendant-appellant.*

PER CURIAM.

Affirmed.